UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
DEC - 5 2011
U.S. DISTRICT COURT
FLINT, MICHIGAN

United States of America
Plaintiff,

v.

Sharon Muse
Defendant(s).

Civil Case No. 1114944
District Court:
Magistrate Judge:

## COMPLAINT

I would like more time to file a motion/answer because I don't know what is going on & I have no money for an attorney & I need to find out things & ask questions to be directed to the ~~apporiate~~ appropriate attorney if I can get one to take my case with my income being low as it is. I also take care of a disable person who is sick and have doctor's appointment's, thearpy and things of the sort and I must find someone to sit with him while I try & figure who to go to and where. I am asking for at least 60 days. I need to get things in order as far as his already scheduled doctor's appointment's and other things

that were already going on in our lives. Plus it's the holiday and they are looking forward to some things they had planned. I just found out the Court was here in Flint, there is no other information on the paper plus it was on my front yard the paper wasn't in my mailbox I just happen to see this pack & went to get it & my name was on it.

Thank you very much, looking forward to hearing from you soon.

Sincerely

*Sharon Muse*
Signature of Plaintiff

2038 Crocker Ave
Street Address

Flint, MI 48503
City, State ZIP

Telephone Number

12/5/11
Date