UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Counter-Defendant,

v                                     Case No.: 11-14944
                                       Hon. Avern Cohn

SHARON MUSE,

    Defendant/Counter-Plaintiff.

_____

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated October 15, 2012, Judgment is hereby entered in favor of the United States of America and against Sharon Muse a/k/a Sharon D. Muse in the amount of $27,653.21 plus prejudgment interest until entry of Judgment and filing fee of $350.00 as premitted by 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961.

    SO ORDERED.

Dated: October 25, 2012                  s/Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Thursday, October 25, 2012, by electronic and/or ordinary mail.

                                                            s/Julie Owens
                                                           Case Manager, (313) 234-5160