MIED (Rev. 04/09/06) Notice of Appeal

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

Plaintiff(s),

v. United States of America

Case No. 11-14944

Judge Hon. Avern Cohn

Magistrate Judge

Defendant(s). Sharon Muse,

FILED
NOV 2 6 2012
U.S. DISTRICT COURT
FLINT, MICHIGAN

### NOTICE OF APPEAL

Notice is hereby given that ___Sharon Muse___ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:   ❏ Judgment   ☒ Order

❏ Other: _____

entered in this action on 11/26/2012.
[Date]

Date: 11/26/26

Counsel is: Pro Se.
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Signature: Sharon Muse

Bar No. _____

2038 Crocker Avenue
Street Address

Flint, Michigan 48503
City, State   Zip Code

810-471-5027
Telephone Number

_____
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.